# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:22-CV-030-KDB-DCK

| | |
|---|---|
| KAMERON HILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MERCK & CO., INC., and MERCK, SHARP ) | |
| & DOHME CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Theodore C. Edwards, II, concerning David S. Gray, on July 7, 2022. David S. Gray seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. David S. Gray is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: July 7, 2022

David C. Keesler
United States Magistrate Judge